UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| TAMMY LYNN JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION<br><br>    Defendant. | Civil No. 1:23-CV-01176-MK<br><br><br>ORDER FOR REMAND |

    It is hereby ORDERED and adjudged that the case shall be remanded under sentence four of 42 U.S.C. § 405(g).  Upon remand, the administrative law judge (ALJ) will reconsider all relevant issues, including the claimant's ability to perform her past relevant work or other work in the national economy.  As necessary, the ALJ will reconsider the medical opinions and the claimant's residual functional capacity, and take any further action needed to complete the administrative record.  The ALJ will offer the claimant the opportunity for a new hearing and issue a new decision.  Upon proper presentation, Plaintiff will be entitled to attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 et seq.

    IT IS SO ORDERED this <u>29th</u> day of May 2024.


    <u>s/ Mustafa T. Kasubhai</u>
    MUSTAFA T. KASUBHAI (He / Him)
    United States Magistrate Judge

Submitted by:

NATALIE K. WIGHT, OSB #035576
United States Attorney

KEVIN DANIELSON, OSB #065860
Executive Assistant U.S. Attorney

s/ Noah Schabacker
NOAH SCHABACKER
Special Assistant United States Attorney
of Attorneys for Defendant
(303) 844-6232